PROB 12C
(7/93)

United States District Court
Southern District of Texas
FILED
NOV 25 2014
, Clerk of Court

# United States District Court
## for
## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

M-14-2246-M

**Name of Offender:** Mercedes Rodriguez      **Docket Number:** 12-00420-001
**PACTS Number:** 61763

**Name of Sentencing Judicial Officer:**    THE HONORABLE RENÉE M. BUMB
                                                         UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 05/20/13

**Original Offense:** 18 U.S.C. Sec.1956(h); CONSPIRACY TO COMMIT MONEY LAUNDERING

**Original Sentence:** 37 months custody, 24 months supervised release. Special conditions: Drug testing and treatment, cooperate with Immigration and Customs Enforcement.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 03/14/14

**Assistant U.S. Attorney:** Jose Almonte, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Carol Gillen, Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On November 3, 2014, Mr. Rodriguez was arrested by border patrol agents near Rio Grande City, Texas, and charged with illegally having re-entered the United States on or about November 3, 2014. (Mr. Rodriguez had been deported on April 4, 2014.) He is currently in federal custody in the Southern District of Texas, where he has been charged with Illegal Reentry in violation of 8 U.S.C. Sec. 1326, and has been ordered detained pending further proceedings. |

Prob 12C – page 2
Mercedes Rodriguez

I declare under penalty of perjury that the foregoing is true and correct.

JKS

By: Joseph A. DaGrossa
U.S. Probation Officer
Date: 11/06/2014

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

November 17, 2014
Date